# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| W.A.K., a minor, who sues by Page S. Karo his next friend, natural guardian, and mother, § § § § Plaintiffs, § § v. § § WACHOVIA BANK, N.A. Individually § and as Co-Trustee of the Rosalie S. Karo Trust § u/a October 18, 1966, § § Defendant. § § WACHOVIA BANK, N.A. Individually § and as Co-Trustee of the Rosalie S. Karo Trust § u/a October 18, 1966 § § Third-Party Plaintiff, § § WILLIAM A. KARO, § § Third-Party Defendant. § § | Case No: 3:09CV00575 (HEH) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Paul McCourt Curley, as counsel for the Third-Party Defendant, William A. Karo, hereby enters his appearance and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon him, as counsel for the Third-Party Defendant, William A. Karo.

      /s/ Paul McCourt Curley
CANFIELD | BAER LLP
2201 Libbie Avenue, Suite 200
Richmond, Virginia 23230
Telephone: (804) 673-6600
Telecopier: (804) 673-6604
E-Mail: pcurley@canfieldbaer.com
  *Counsel for William A. Karo*

**CERTIFICATE OF SERVICE**

I, Paul McCourt Curley, hereby certify that on December 8, 2009, I have served a true copy of the foregoing, by first-class mail, postage paid, or electronic means, upon all necessary parties as follows:

>D. Alan Rudlin, Esquire
>William P. Childress, Esquire
>HUNTON & WILLIAMS LLP
>Riverfront Plaza, East Tower
>951 E. Byrd Street
>Richmond, Virginia 23219
>*Counsel for Wachovia Bank, N.A.*
>
>Joseph E. Blackburn, Jr. Esquire
>Blackburn, Conte, Schilling & Click, PC
>300 West Main Street
>Richmond, Virginia 23220
>
>Bowlman T. Bowles, Jr., Esquire
>Churchill G. Bowles, Esquire
>BOWLES AFFILIATES
>P.O. Box 12085
>404 W. Franklin Street
>Richmond, Virginia 23241-0085
>
>*Counsel for Plaintiffs*

          /s/ Paul McCourt Curley