AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the ___Eastern___ District of ___Virginia___

## INVOICE

NUMBER: 366

**TO:**
Joseph E. Blackburn, Jr.
Blackburn Conte Schilling & Click, PC

Fax 648-3914

PHONE: 804-782-1111

**NOTE**
**MAKE CHECK PAYABLE TO:**
Krista M. Liscio, OCR, RMR
12704 Crimson Court
Richmond, VA 23233

PHONE: (804) 916-2296

*#11854*

### TRANSCRIPTS

CRIMINAL ___ X CIVIL  DATE ORDERED:  DATE DELIVERED:

IN THE MATTER OF (CASE NUMBER AND TITLE)
W.A.K., II v. Wachovia 3:09 CV 575

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 49 | $3.65 | $178.85 | | | $0.00 | | | $0.00 | $178.85 |
| Expedited | | | $0.00 | | | $0.00 | | | $0.00 | |
| Daily | | | $0.00 | | | $0.00 | | | $0.00 | |
| Hourly | | | $0.00 | | | $0.00 | | | $0.00 | |

For proceedings on (Date): 5/4/2010  **TOTAL** $178.85

### DELIVERY CHARGES

NOTE: Original filed in the Clerk's office.
EIN No.: 14-1912873

LESS DISCOUNT FOR LATE
LESS AMOUNT OF DEPOSIT
TOTAL REFUNDED

Thank you  **TOTAL DUE** $178.85

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER  DATE: June 23, 2010

*(All previous editions of this form are canceled and should be destroyed.)*

TOTAL P.01

| | | | | | |
|---|---|---|---|---|---|
| AO 44 (Rev. 7/95) | | | | | |

# UNITED STATES DISTRICT COURT

For the ____Eastern____ District of ____Virginia____

## INVOICE

NUMBER: 395

**TO:**
Joseph E. Blackburn, Jr., Esquire
Blackburn Conte Schilling & Click PC
300 W Main Street
Richmond, VA 23220

PHONE:

**NOTE**
**MAKE CHECK PAYABLE TO:**
Krista M. Liscio, OCR, RMR
12704 Crimson Court
Richmond, VA 23233

PHONE: (804) 916-2296

*[handwritten: PD 9/17/10 #11876]*

### TRANSCRIPTS

X CRIMINAL   ☐ CIVIL

DATE ORDERED:
DATE DELIVERED:

IN THE MATTER OF (CASE NUMBER AND TITLE)
W.A.K. v. Wachovia

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 48 | $3.65 | $175.20 | | | $0.00 | | | $0.00 | $175.20 |
| Expedited | | | $0.00 | | | $0.00 | | | $0.00 | |
| Daily | | | $0.00 | | | $0.00 | | | $0.00 | |
| Hourly | | | $0.00 | | | $0.00 | | | $0.00 | |

For proceedings on (Date): 7/27/2010

**TOTAL: $175.20**

### DELIVERY CHARGES

NOTE: Original filed in the Clerk's office.
EIN No.: 14-1912873

LESS DISCOUNT FOR LATE:
LESS AMOUNT OF DEPOSIT:
TOTAL REFUNDED:

Thank you

**TOTAL DUE: $175.20**

### ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary *delivery* rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE OF OFFICIAL COURT REPORTER

DATE: September 17, 2010

*(All previous editions of this form are canceled and should be destroyed.)*

| | UNITED STATES DISTRICT COURT | | |
|---|---|---|---|
| AO 44 (Rev. 7/95) | | | |
| | For the ___Eastern___ District of ___Virginia___ | | |
| **INVOICE** | | NUMBER | 395 |

**TO:**
Joseph E. Blackburn, Jr., Esquire
Blackburn Conte Schilling & Click PC
300 W Main Street
Richmond, VA 23220

PHONE:

**NOTE**
**MAKE CHECK PAYABLE TO:**
Krista M. Liscio, OCR, RMR
12704 Crimson Court
Richmond, VA 23233

PHONE: (804) 916-2296

## TRANSCRIPTS

| X CRIMINAL ☐ CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)
W.A.K. v. Wachovia

## CHARGES

| CATEGORY | ORIGINAL | 1ST COPY | ADDITIONAL COPIES | TOTAL CHARGES |
|---|---|---|---|---|

DISTRIBUTION: TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR