FILED: March 31, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-2023
(3:09-cv-00575-HEH)
_____

W.A.K., II, a minor, who sues by Page S. Karo, his next friend, natural guardian and mother,

   Plaintiff – Appellant,

 v.

WACHOVIA BANK, N.A., Individually and as Co-Trustee of the Rosalie S. Karo Trust u/a October 18, 1966,

   Defendant – Appellee,

 and

FAYE K. HARRIS, individually, as Vice President and Trust Advisor, Wachovia Bank, N.A.,

   Defendant,

 v.

WILLIAM A. KARO,

   Third Party Defendant.

_____

ORDER

_____

Upon consideration of submissions relative to appellee's motion to dismiss appeal for lack of subject matter jurisdiction, the court grants the motion.

Entered at the direction of the panel: Judge Niemeyer, Judge Keenan, and Judge Wynn.

                                                      For the Court

                                                      /s/ Patricia S. Connor, Clerk